# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUCILLE A. REMINGTON,<br>    *Plaintiff*,<br><br>    v.<br>FINANCIAL RECOVERY SERVICES,<br>INC., and BRIAN C. BOWERS,<br>    *Defendants*. | No. 3:16-cv-00865 (JAM) |

## **JUDGMENT**

This matter came for consideration on defendant's motion to dismiss filed on August 5, 2016 before the Honorable Jeffrey Alker Meyer, United States District Judge.

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered a ruling (Doc. #25) on March 15, 2017, granting the motion to dismiss. It is hereby;

ORDERED, ADJUDGED, and DECREED that the action is dismissed and the case is closed.

Dated at New Haven, Connecticut this 16th day of March 2017.

EOD:   March 16, 2017

                                                ROBIN D. TABORA, Clerk

                                                By /s/ Francesca Anastasio<br>                                                Deputy Clerk